IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 2 2017

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:17-CR-16 (Judge Clark) JDL |
| JAIME MARIE HUBBARD | § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT 1

<u>Violation</u>:  18 U.S.C. § 1708
[Possession of Stolen Mail]

On about December 23, 2016, in Wood County, in the Eastern District of Texas,

defendant **Jaime Marie Hubbard**, did unlawfully have in her possession multiple pieces

of mail belonging to Winnsboro Chiropractic Clinic which had been stolen from the

United States mail, knowing the letters to have been stolen.

All in violation of 18 U.S.C. § 1708.

## COUNT 2

<u>Violation</u>:  18 U.S.C. § 1708
[Possession of Stolen Mail]

On about December 23, 2016, in Wood County, in the Eastern District of Texas,

defendant **Jaime Marie Hubbard**, did unlawfully have in her possession a check issued

by Allstate Fire and Casualty Insurance Company to S.M. which had been stolen from the

United States mail, knowing the check to have been stolen.

All in violation of 18 U.S.C. §1708.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property, real or personal, involved in or traceable to property involved in the offense, including proceeds obtained directly or indirectly from the offense pursuant to 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461.

If any property subject to forfeiture, as a result of any act or omission by the defendant:

(a)   cannot be located upon the exercise of due diligence;
(b)   has been transferred or sold to, or deposited with a third party;
(c)   has been placed beyond the jurisdiction of the court;
(d)   has been substantially diminished in value; or
(e)   has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

A TRUE BILL

Date: 3/22/17

GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:17-CR-_____ |
| | § | (Judge Clark) |
| JAIME MARIE HUBBARD | § | |

## NOTICE OF PENALTY

### COUNTS 1-2

VIOLATION:                    18 U.S.C. § 1708

Imprisonment for not more than 5 years; a fine of not
more than $250,000; a term of supervised release of
not more than 3 years.

SPECIAL ASSESSMENT:          $100.00